United States Courts
Southern District of Texas
FILED

*September 10, 2025*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| **VS.** | § § | **CRIMINAL NO. H-25-** |
| **MATTHEW EDWARD MOORE** | § | **4:25-cr-475** |

### INDICTMENT

The United States Grand Jury charges:

### COUNT 1
(Bank Fraud – 18 U.S.C. § 1344)

From on or about March 7, 2025, until on or about March 14, 2025, in the Houston Division of the Southern District of Texas,

**MATTHEW EDWARD MOORE,**

Defendant herein, knowingly attempt to execute a scheme and artifice to obtain money or other property owned by, and under the custody and control of First Community Credit Union, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises, by fraudulently presenting for deposit an IRS refund check stolen from the United States Mail in the amount of $273,318.17.

In violation of Title 18, United States Code, Sections 1344 and 2.

### COUNT 2
(Aggravated Identity Theft- 18 U.S.C. § 1028A)

From on or about March 7, 2025, until on or about March 14, 2025, in the Houston

1

Division of Southern District of Texas,

**MATTHEW EDWARD MOORE,**

Defendant herein, did knowingly possess, transfer and use, without lawful authority, a means of

identification of another, that is, the name and date of birth of T.S., a real person, during and in

relation to violations of 18 U.S.C., Section 1344 (Bank Fraud).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

TRUE BILL

Original Signature on File

_____

FOREPERSON OF THE GRAND JURY

JAY HILEMAN
Assistant United States Attorney

2